UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

SEAN D. RIES, JOHN R. MURRAY,
PHILIP C. HENRY, STEPHEN H.
WEDEL, and others similarly situated,

    Plaintiffs,

v.

ALLMERICA FINANCIAL
CORPORATION, ALLMERICA
FINANCIAL LIFE INSURANCE AND
ANNUITY COMPANY, and
FREDERICK H. EPPINGER, JR.,

    Defendants.

04-40179

04 0898

Civil Action No. _____

## NOTICE OF REMOVAL

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Pursuant to 28 U.S.C. §§ 1441(a) and (b) and 1446 and 15 U.S.C. § 78bb(f)(2), defendants Allmerica Financial Corporation, Allmerica Financial Life Insurance and Annuity Company (collectively, "Allmerica") and Frederick H. Eppinger, Jr. hereby remove to this Court the above-captioned state court civil action now pending in the Civil Division of the Court of Common Pleas of Allegheny County, Pennsylvania. As grounds for removal, defendants state:

### STATEMENT OF GROUNDS FOR REMOVAL

1. On May 12, 2004, plaintiffs Sean D. Ries, John R. Murray, Philip C. Henry, Stephen H. Wedel, and others similarly situated (collectively, "plaintiffs") filed this action against defendants in the Civil Division of the Court of Common Pleas of Allegheny County, Pennsylvania, entitled Sean D. Ries, et al. v. Allmerica Financial Corporation, et al., Civil Action

- 1 -

No. GD-04-9786 ("Subject Action"). Pursuant to 28 U.S.C. § 1446(a), a true and accurate copy of all process and pleadings in the Subject Action is attached hereto as Exhibit A.

2. Defendants received the Complaint on May 17, 2004. No answers or other responsive pleadings have been filed in the Subject Action. In addition, no orders have been issued in the Subject Action.

3. The Subject Action is a putative class action brought by plaintiffs on behalf of "others similarly situated." The Complaint contains three counts that purportedly arise under Pennsylvania state law: (1) a claim for breach of contract; (2) a claim under the Pennsylvania Wage Payment and Collection Law, 43 P.S. § 260.1 et seq.; and (3) a request for a preliminary injunction.

4. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, and defendants are entitled to remove this action to this Court pursuant to 28 U.S.C. § 1441(a) because:

    a. Plaintiff Sean D. Ries is an individual residing at 2942 Wildwood Road Ext., Allison Park, Pennsylvania 15101. Mr. Ries thus is considered a citizen of Pennsylvania. Plaintiff John R. Murray is an individual residing at 9611 Hilliard Road, Pittsburgh, Pennsylvania 15237. Mr. Murray thus is considered a citizen of Pennsylvania. Plaintiff Philip C. Henry is an individual residing at 8020 Wood Creek Drive, Bridgeville, Pennsylvania 15017. Mr. Henry thus is considered a citizen of Pennsylvania. Plaintiff Stephen H. Wedel is an individual with a business address of Wedel & Associates Financial Services, Three City Place Drive, Suite 590, Creve Coeur, Missouri 63141. Mr. Wedel thus is considered a citizen of Missouri.

b. Defendants Allmerica Financial Corporation and Allmerica Financial Life Insurance and Annuity Company are Massachusetts corporations with a principal place of business at 440 Lincoln Street, Worcester, Massachusetts 01653. Allmerica Financial Corporation and Allmerica Financial Life Insurance and Annuity Company thus are considered citizens of Delaware and Massachusetts. Defendant Frederick H. Eppinger, Jr. is an individual with a business address at 440 Lincoln Street, Worcester, Massachusetts 01653. Mr. Eppinger thus is considered a citizen of Massachusetts.

c. As a result, there is complete diversity between plaintiffs and defendants.

d. On the face of the record at the time of this Notice, it is apparent that plaintiffs' claims hinge in part on the alleged suitability of transactions in variable life insurance policies and variable annuities in amounts of $500,000 (Mr. Ries), $500,000 (Mr. Murray), $2,700,000 (Mr. Henry), and $9,196,465 (Mr. Wedel). Such amounts are in excess of the jurisdictional amount for diversity jurisdiction. Plaintiffs claim their sales of each of those securities were suitable and constituted their acceptance of an offer allegedly extended to them by defendants.[1] Plaintiffs seek a variety of relief, including for defendants' allegedly improper and alleged continued and future deduction of other sums. The relief sought includes preliminary injunction to require Allmerica to change the manner in which it administers commission programs with respect to the class as a whole.

In addition, plaintiffs (and the putative class they purport to represent) also are members of the putative class in *another* class action that named plaintiff Stephen H. Wedel filed against Allmerica last month in the U.S. District Court for the District of Massachusetts. See Donald P. Speakman, Stephen H. Wedel and Mark L. Robare, et al. v. Allmerica Fin. Life Ins. &

---

[1] In removing this action, defendants do not admit the suitability of plaintiffs' $12 million-plus transactions nor of any of the other allegations that plaintiffs have made against them.

Annuity Co., First Allmerica Fin. Life Ins., Allmerica Fin. Corp., et al., C.A. No. 04-40077 (D. Mass.). A copy of the Class Action Complaint that plaintiffs filed in Massachusetts is attached hereto as Exhibit B. In that federal class action, plaintiff Wedel affirmatively alleges that he and each of the other putative class members have sustained damages in excess of $75,000 in connection with the sale of variable products, which they also attribute to defendants' alleged breach of contract and for which they also seek injunctive/declaratory relief for the class as a whole. Accordingly, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5. This Court also has subject matter jurisdiction and removal also is proper under the Securities Litigation Uniform Standards Act ("SLUSA"), 15 U.S.C. § 78bb(f)(2). Plaintiffs purport to bring a class action based in part on their alleged transfer of variable products and allege that defendants acted to deny them the benefit of those securities transactions through allegedly coercive and threatening means. See id. ("Any covered class action brought in any State court involving a covered security . . . shall be removable to the Federal district court . . .").

6. Venue in this District is proper pursuant to 28 U.S.C. § 1441(a) and/or 15 U.S.C. § 78bb(f)(2) because the Subject Action is pending within a state court located within this District.

7. This Notice of Removal is filed in a timely manner with this Court within thirty (30) days of the receipt of the initial pleading permitting removal under 28 U.S.C. § 1446(b).

8. All defendants join in and consent to this Notice of Removal.

9. In accordance with 28 U.S.C. § 1446(d), defendants certify that a Notice of Filing this Notice of Removal will be served promptly on plaintiffs through their counsel of record and

filed promptly with the Clerk of the Court for the Court of Common Pleas of Allegheny County, Pennsylvania.

10.  Included with this Notice of Removal is a filing fee of $150, as required by 28 U.S.C. § 1914.

WHEREFORE, defendants respectfully request that this case be removed from state court to the United States District Court for the Western District of Pennsylvania.

Respectfully Submitted,

ALLMERICA FINANCIAL CORPORATION,
ALLMERICA FINANCIAL LIFE
INSURANCE AND ANNUITY CO., and
FREDERICK H. EPPINGER, JR

By their attorneys,

*[signature]*
Robert D. Finkel   PI 71130
Manion McDonough & Lucas, P.C.
600 Grant Street, Suite 1414
Pittsburgh, PA  15219-2702
(412) 232-0200

Of Counsel

Andrea J. Robinson
Jonathan A. Shapiro
Eric D. Levin
Brett R. Budzinski
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street, Boston, MA 02109
(617) 526-6000

Dated: June 14, 2004

- 5 -

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

04 0898

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Sean D. Ries, John R. Murray, Philip C. Henry, Stephen H. Wedel, and other similarly situated

## DEFENDANTS
Allmerica Financial Corporation, Allmerica Financial Life Insurance And Annuity Company and Frederick H. Eppinger, Jr.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Allegheny__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
William C. Ries, Robert L. McTiernan
Tucker, Arensberg, PC
1500 One PPG Place, Pittsburgh, PA 15222
(412) 566-1212

ATTORNEYS (IF KNOWN)
Robert D. Finkel,
Manion McDonough & Lucas, PC
1414 US Steel Tower, Pittsburgh, PA 15219
(412) 232-0200

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug |  | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws |  | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
|  | ☐ 345 Marine Product Liability | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | PERSONAL PROPERTY |  | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | LABOR | SOCIAL SECURITY | ☐ 891 Agricultural Acts |
| ☒ 190 Other Contract |  | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage |  | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
|  |  | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS |  | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS |  |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land |  | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other |  |  |  |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 |  |
|  |  | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
28 U.S.C. 1441 and 15 U.S.C. 79bb(f)(2) on diversity grounds

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____
US District Court, Dist of Massachusetts, Worcester Div.
DOCKET NUMBER 04-4007

DATE _____   SIGNATURE OF ATTORNEY OF RECORD
_Robt D. Fink_

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JS 44A  REVISED OCTOBER, 1993

## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

### THIS CASE DESIGNATION SHEET MUST BE COMPLETED

**PART A**
This case belongs on the ( ____ Erie ____ Johnstown __x__ Pittsburgh) calendar.

1. ERIE CALENDAR - If cause of action arose in the counties of Crawford, Elk, Erie, Forest, McKean, Venango or Warren, OR any plaintiff or defendant resides in one of said counties.
2. JOHNSTOWN CALENDAR - If cause of action arose in the counties of Bedford, Blair, Cambria, Clearfield or Somerset, OR any plaintiff or defendant resides in one of said counties.
3. Complete if on ERIE CALENDAR: I certify that the cause of action arose in _____ County and that the _____ resides in _____ County.
4. Complete if on JOHNSTOWN CALENDAR: I certify that the cause of action arose in _____ County and that the _____ resides in _____ County.

**PART B** (You are to check ONE of the following)
1. ____ This case is related to Number _____, Judge _____.
2. _x_ This case is not related to a pending or terminated case.

**DEFINITIONS OF RELATED CASES:**
CIVIL: Civil cases are deemed related when a case filed relates to property included in another suit, or involves the same issues of fact or it grows out of the same transactions as another suit, or involves the validity or infringement of a patent involved in another suit.
EMINENT DOMAIN: Cases in contiguous closely located groups and in common ownership groups which will lend themselves to consolidation for trial shall be deemed related.
HABEAS CORPUS & CIVIL RIGHTS: All habeas corpus petitions filed by the same individual shall be deemed related. All pro se Civil Rights actions by the same individual shall be deemed related.

**PART C**
1. CIVIL CATEGORY (Place x in only applicable category).
    1. ( ) Antitrust and Securities Act Cases
    2. ( ) Labor-Management Relations
    3. ( ) Habeas Corpus
    4. ( ) Civil Rights
    5. ( ) Patent, Copyright, and Trademark
    6. ( ) Eminent Domain
    7. ( ) All other federal question cases
    8. ( ) All personal and property damage tort cases, including maritime, FELA, Jones Act, Motor vehicle, products liability, assault, defamation, malicious prosecution, and false arrest.
    9. (x) Insurance indemnity, contract, and other diversity cases.
    10. ( ) Government Collection Cases (shall include HEW Student Loans (Education), VA Overpayment, Overpayment of Social Security, Enlistment Overpayment (Army, Navy, etc.), HUD Loans, GAO Loans (Misc. Types), Mortgage Foreclosures, S.B.A. Loans, Civil Penalties and Coal Mine Penalty and Reclamation Fees.)

I certify that to the best of my knowledge the entries on this Case Designation Sheet are true and correct.

Date: 6-15-04  _____
ATTORNEY AT LAW

**NOTE: ALL SECTIONS OF BOTH SIDES MUST BE COMPLETED BEFORE CASE CAN BE PROCESSED.**