UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

SEAN D. RIES, JOHN R. MURRAY,
PHILIP C. HENRY, STEPHEN H.
WEDEL, and others similarly situated,

    Plaintiffs,

v.

ALLMERICA FINANCIAL
CORPORATION, ALLMERICA
FINANCIAL LIFE INSURANCE AND
ANNUITY COMPANY, and
FREDERICK H. EPPINGER, JR.,

    Defendants.

Civil Action No. 04-0898



## DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants in the above-captioned action, certifies that:

Defendant, ALLMERICA FINANCIAL CORPORATION has issued shares or debt securities to the public and has no parents, subsidiaries and/or affiliates that have issued shares or debt securities to the public; and that the following is a list of Defendant, ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY COMPANY'S parents, subsidiaries and/or affiliates that have issued shares or debt securities to the public:

    ALLMERICA FINANCIAL CORPORATION (parent)

                                      MANION McDONOUGH & LUCAS, PC

By: _/s/ Robert D. Finkel_____
Robert D. Finkel, Esq.
Pa. I.D. #71130; Firm ID #786
Nathan H. Schmitt, Esq.
Pa. I.D. #89421
1414 U.S. Steel Tower, 600 Grant St.
Pittsburgh, PA 15219-2702
Dated: June 17, 2004                                              (412) 232-0200


Of Counsel

Andrea J. Robinson, Esq.
Jonathan A. Shapiro, Esq.
Eric D. Levin, Esq.
Brett R. Budzinski, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

                                  Attorneys for
                                  ALLMERICA FINANCIAL CORPORATION,
                                  ALLMERICA FINANCIAL LIFE
                                  INSURANCE AND ANNUITY CO.,
                                  And FREDERICK H. EPPINGER, JR.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within DISCLOSURE STATEMENT was served on the 17th day of June, 2004 by first-class mail, postage prepaid, upon the following counsel of record::

> William C. Ries, Esq.
> Tucker Arensberg, P.C.
> 1500 One PPG Place
> Pittsburgh, PA 15222
>
> Ron R. Parry, Esq.
> Parry, Deering, Futschler & Sparks, P.S.C.
> 128 East Second Street
> Covington, KY 41011-2618

*[signature]*