UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

SEAN D. RIES, JOHN R. MURRAY,
PHILIP C. HENRY, STEPHEN H.
WEDEL, and others similarly situated,

Plaintiffs,

v.

ALLMERICA FINANCIAL
CORPORATION, ALLMERICA
FINANCIAL LIFE INSURANCE AND
ANNUITY COMPANY, and
FREDERICK H. EPPINGER, JR.,

Defendants.

Civil Action No. 04-0898



## OPT-OUT STATEMENT OF DEFENDANTS

Defendants, ALLMERICA FINANCIAL CORPORATION, ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY COMPANY, and FREDERICK H. EPPINGER, JR., pursuant to Local Rule 16.2.4.B, hereby opt out of the Court Annexed Arbitration Program under Local Rule 16.2 and state that they do not consent to such arbitration in this matter.

MANION McDONOUGH & LUCAS, PC

By: _____
Robert D. Finkel, Esq.
Pa. I.D. #71130; Firm ID #786
Nathan H. Schmitt, Esq.
Pa. I.D. #89421
1414 U.S. Steel Tower, 600 Grant St.
Pittsburgh, PA  15219-2702
(412) 232-0200

Dated:  June 17, 2004

<u>Of Counsel</u>

Andrea J. Robinson, Esq.
Jonathan A. Shapiro, Esq.
Eric D. Levin, Esq.
Brett R. Budzinski, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

                                      Attorneys for
                                      ALLMERICA FINANCIAL CORPORATION,
                                      ALLMERICA FINANCIAL LIFE
                                      INSURANCE & ANNUITY CO.,
                                      And FREDERICK H. EPPINGER, JR.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within OPT-OUT STATEMENT OF DEFENDANTS was served on the 17th day of June, 2004 by first-class mail, postage prepaid, upon the following counsel of record::

William C. Ries, Esq.
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Ron R. Parry, Esq.
Parry, Deering, Futschler & Sparks, P.S.C.
128 East Second Street
Covington, KY 41011-2618

_[signature]_