UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN D. RIES, JOHN R. MURRAY, PHILIP C. HENRY, STEPHEN H. WEDEL, and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLMERICA FINANCIAL CORPORATION, ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY COMPANY, and FREDERICK H. EPPINGER, JR.,<br><br>Defendants. | 04-898<br><br>Civil Action No. ~~04-978~~<br><br>Judge Hardiman |

**STIPULATION FOR EXTENSION OF TIME TO FILE AN ANSWER,
MOTION OR OTHER PERMITTED RESPONSE TO PLAINTIFF'S COMPLAINT**

Pursuant to Local Rule 7.2, it is hereby stipulated by and between the parties that the Defendants, Allmerica Financial Corporation, Allmerica Financial Life Insurance and Annuity Company, and Frederick H. Eppinger, Jr., shall have a thirty (30) day extension of time to file an Answer, Motion or otherwise permitted response to Plaintiffs' Complaint. Accordingly, Defendant's Answer, Motion or otherwise permitted response is to be filed on or before Friday, July 23, 2004.

No prior extension has been granted.

| | |
|---|---|
| _/s/ Jonathan S. McAnney_<br>William C. Ries, Esq.<br>Pa. I.D. # 19919<br>Jonathan S. McAnney, Esq.<br>Pa. I.D. # 50041<br>TUCKER ARENSBERG, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br>(412) 566-1212<br>Attorneys for Plaintiffs | _/s/_<br>Robert D. Finkel, Esq.<br>Pa. I.D. #71130<br>Nathan H. Schmitt, Esq.<br>Pa. I.D. #89421<br>Manion McDonough & Lucas, P.C.<br>1414 U.S. Steel Tower, 600 Grant St.<br>Pittsburgh, PA 15219-2702<br>(412) 232-0200<br>Attorneys for Defendants |

-2-

## CERTIFICATE OF SERVICE

I hereby certify that this 23rd day of June, 2004, a true and correct copy of the within Stipulation was served upon counsel for Plaintiffs by first-class mail, postage prepaid, addressed as follows:

>William C. Ries, Esq.
>Tucker Arensberg, P.C.
>1500 One PPG Place
>Pittsburgh, PA 15222
>
>Ron R. Parry, Esq.
>Parry, Deering, Futschler & Sparks, P.S.C.
>128 East Second Street
>Covington, KY 41011-2618

*[signature]*