IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SEAN D. RIES, et al.,                )
                                     )
            Plaintiff(s),            )
                                     )
    v.                               )   Civil Action No. 04-898
                                     )
ALLMERICA FINANCIAL                  )
CORPORATION, et al.,                 )
                                     )
            Defendant(s).            )

## ORDER ON MOTIONS PRACTICE

The parties shall submit to the following rules in making and responding to motions on any case assigned to this member of the Court:

1. A motion shall state the factual and legal grounds for said motion, and shall be accompanied by a brief in support. A brief in support of a motion shall not exceed twenty (20) pages in length. No briefs are required for discovery motions, motions for extension of time and motions for continuance.

2. Responses to non-dispositive motions shall be filed within (5) days. No reply briefs to non-dispositive motions are permitted without leave of court. Responses to dispositive motions shall be filed within twenty (20) days. Responsive briefs are limited to fifteen (15) pages in length. Reply briefs are permitted in dispositive motions, and must be submitted within ten (10) days of service of the response and are not to exceed five (5) pages. Sur reply briefs are not to be filed without leave of Court, and will be limited to five (5) pages, if leave is granted. **No briefing schedule will issue.**

3. Oral argument will not be scheduled unless the Court determines that it is necessary. An order will be issued should the Court deem oral argument necessary.

4. Courtesy copies of all motions and briefs shall be forwarded to chambers. Voluminous exhibit binders should be omitted as they are available from the file maintained by the Clerk of Court.

5. Counsel should be familiar with this Court's Practices and Procedures (see Court Practices and Procedures at www.pawd.uscourts.gov, link "court practice".)

**SO ORDERED** this 27th day of June, 2004.

_____
Thomas M. Hardiman
United States District Judge

cc: counsel of record as listed below

Robert D. Finkel, Esq.
Nathan H. Schmitt, Esq.
Manion McDonough & Lucas
1414 US Steel Tower, 600 Grant Street
Pittsburgh, PA   15219-2702

William C. Ries, Esq.
Tucker Arensberg
1500 One PPG Place
Pittsburgh, PA   15222

Andrea J. Robinson, Esq.
Jonathan A. Shapiro, Esq.
Wilmer Cutler Pickering Hale & Dorr
60 State Street
Boston, MA   02109

Ron R. Parry, Esq.
Parry Deering Futschier & Sparks
128 East Second Street
Covington, KY   41011-2618

2