UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

SEAN D. RIES, JOHN R. MURRAY,
PHILIP C. HENRY, STEPHEN H.
WEDEL, and others similarly situated,

    Plaintiffs,

    v.

ALLMERICA FINANCIAL
CORPORATION, ALLMERICA
FINANCIAL LIFE INSURANCE AND
ANNUITY COMPANY, and
FREDERICK H. EPPINGER, JR.,

    Defendants.

Civil Action No. 04-0898

Judge Hardiman

## STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

WHEREAS, Counsel for Sean D. Ries, John R. Murray, Philip C. Henry, Stephen H. Wedel, and other similarly situated (the "Plaintiffs") and Counsel for Allmerica Financial Corporation, Allmerica Financial Life Insurance and Annuity Company and Frederick H. Eppinger, Jr., (the "Defendants") file this Stipulated Motion to Extend Time to Respond to Complaint (the "Stipulated Motion") and respectfully represent as follows:

    1.    On May 12, 2004, Plaintiffs filed an action against the Defendants in the Civil Division of the Court of Common Pleas of Allegheny County, Pennsylvania, entitled <u>Sean D. Ries, et al. v. Allmerica Financial Corporation, et al.</u>, Civil Action No. GD-04-9786 (the "Subject Action").

    2.    On June 15, 2004, Defendants filed a Notice of Removal pursuant to 28 U.S.C. §§ 1441(a)(b) and 1446 and 15 U.S.C. § 78(b)(f)(2) to remove the Subject Action

from state court to the United States District Court for the Western District of Pennsylvania.

3. On June 23, 2004, the parties filed a Stipulation For Extension of Time To File an Answer, Motion or Other Permitted Response to Plaintiffs' Complaint.

4. On June 28, 2004, Defendants Allmerica Financial Corporation and Allmerica Financial Life Insurance and Annuity Company filed a Motion to Transfer seeking to move the case from this Court to the United States District Court for the District of Massachusetts (Worcester Division) pursuant to 28 U.S.C. §1404(a).

5. Plaintiffs and Defendants file this Stipulated Motion requesting that the Count extend the time for Defendants to file an Answer, Motion or other Permitted Response to Plaintiffs' Complaint until after the Court determines the venue where this case will proceed. The parties file this Stipulated Motion because they believe that the Court's determination on the Transfer Motion may likely effect the Motions or Responses to be filed in this action.

WHEREFORE, the parties agree that the Defendants should be given twenty-one (21) days following the Court's resolution of the pending Motion to Transfer to file an Answer, Motion or other responsive pleading to Plaintiff's Complaint.

| TUCKER, ARENSBURG, P.C. | MANION McDONOUGH & LUCAS, P.C. |
|---|---|
| *William C. Ries/ RDJ* | *Robert D. Finkel* |
| William C. Ries, Esq. | Robert D. Finkel, Esq. |
| Pa. I.D. # 19919 | Pa. I.D. #71130 |
| Jonathan S. McAnney, Esq. | Nathan H. Schmitt, Esq. |
| Pa. I.D. # 50041 | Pa. I.D. #89421 |
| TUCKER ARENSBERG, P.C. | Manion McDonough & Lucas, P.C. |
| 1500 One PPG Place | 1414 U.S. Steel Tower, 600 Grant St. |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15219-2702 |
| (412) 566-1212 | (412) 232-0200 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

Dated: July 7, 2004

Of Counsel
Andrea J. Robinson, Esq.
Jonathan A. Shapiro, Esq.
Eric D. Levin, Esq.
Brett R. Budzinski, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
*For Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within Consent to Motion to Proceed was served on the 6th day of July, 2004 by first-class mail, postage prepaid, upon the following counsel of record::

Jonathan McAnney, Esq.
William C. Ries, Esq.
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Ron R. Parry, Esq.
Parry, Deering, Futschier & Sparks, P.S.C.
128 East Second Street
Covington, KY 41011-2618

*[signature: Robert D. Junkin]*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN D. RIES, JOHN R. MURRAY, PHILIP C. HENRY, STEPHEN H. WEDEL, and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLMERICA FINANCIAL CORPORATION, ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY COMPANY, and FREDERICK H. EPPINGER, JR.,<br><br>Defendants. | Civil Action No. 04-0898<br><br>Judge Hardiman |

## ORDER OF COURT

AND NOW, to-wit, this 12th day of July, 2004, upon consideration of the Stipulated Motion to Extend Time to Respond to Complaint, it is hereby Ordered, Adjudged and Decreed that the Defendants are given twenty-one (21) days to file an Answer, Motion or other responsive pleading to Plaintiff's Complaint following the Court's resolution of the pending Motion to Transfer.

BY THE COURT:

_____, J.
Thos M. Hardiman

cc: All parties of record