IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN D. RIES, JOHN R. MURRAY, PHILIP C. HENRY, and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLMERICA FINANCIAL CORPORATION, ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY COMPANY, and FREDERICK H. EPPINGER, JR.,<br><br>Defendants. | Civil Action No. 04-0898 |

## NOTICE OF VOLUNTARY DISMISSAL OF THE CLAIMS OF STEPHEN H. WEDEL ONLY PURSUANT TO RULE 41

NOW COMES, Plaintiffs, by and through their undersigned counsel, and, pursuant to Rule 41 of the Federal Rules of Civil Procedure, files the following Notice of Voluntary Dismissal of the Claims of Stephen H. Wedel only:

Take notice that the Plaintiff Stephen H. Wedel only is voluntarily dismissed from this case pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted,

TUCKER ARENSBERG, P.C.

By: _____
    William C. Ries, Esquire
    Robert L. McTiernan, Esquire
    Jonathan S. McAnney, Esquire
    Ron R. Parry, Esquire
    Robert R. Sparks, Esquire

Attorneys for Plaintiffs
Sean D. Ries, John R. Murray, and
Philip C. Henry

LIT:329471-1 020948-113328

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within Notice of Voluntary Dismissal of the Claims of Stephen H. Wedel only was served upon counsel for Defendants via U.S. First Class Mail, postage prepaid, on the _13_ day of July 2004, at the address set forth below:

>Robert D. Finkel, Esquire
>Nathan H. Schmitt, Esquire
>Manion McDonough & Lucas, P.C.
>1414 U.S. Steel Tower
>600 Grant Street
>Pittsburgh, PA  15219-2702

_____
Jonathan S. McAnney

LIT:329471-1 020948-113328