UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN D. RIES, JOHN R. MURRAY, PHILIP C. HENRY, and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLMERICA FINANCIAL CORPORATION, ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY COMPANY, and FREDERICK H. EPPINGER, JR.,<br><br>Defendants. | Civil Action No.<br>04-40179-FDS |

## NOTICE OF CHANGE OF ADDRESS

Please take note that the undersigned counsel for the Plaintiffs have moved their office. The correct address information is as follows:

> Ron Parry
> Robert R. Sparks
> Parry Deering Futscher & Sparks, P.S.C.
> 411 Garrard Street
> P.O. Box 2618
> Covington, Kentucky 41012-2618

The telephone number is (859) 291-9000. The fax number is (859) 291-9300.

Respectfully submitted,

PARRY DEERING FUTSCHER & SPARKS, P.S.C.

By: _____
Robert R. Sparks (83685)
411 Garrard Street
Covington, Kentucky 41011
Phone: (859) 291-9000
Fax:   (859) 291-9300

KR3226.WPD/1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served by first class U.S. Mail this ___ day of October, 2004, upon:

Jonathan S. McAnney
Robert L. McTiernan
William Campbell Ries
TUCKER ARENSBERG
1500 One PPG Place
Pittsburgh, PA   15222

Andrea J. Robinson
Brett R. Budzinski
Eric D. Levin
Jonathan A. Shapiro
WILMER CUTLER PICKERING
   HALE AND DORR, LLP
60 State Street
Boston, MA   02109

Robert D. Finkel
MANION, McDONOUGH & LUCAS
Suite 1414
600 Grant Street
Pittsburgh, PA   15219

_____
Robert R. Sparks

KR3226.WPD/1