UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| SEAN D. RIES, JOHN R. MURRAY, PHILIP C. HENRY, and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALLMERICA FINANCIAL CORPORATION, ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY COMPANY, and FREDERICK H. EPPINGER, JR.,<br><br>    Defendants. | Civil Action No. 4:04-cv-40179(FDS)<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants Allmerica Financial Corporation, Allmerica Financial Life Insurance and Annuity Company, and Frederick H. Eppinger, Jr. hereby move to dismiss plaintiffs' Class Action Complaint ("Complaint").

The grounds for this Motion are set forth in Defendants' Memorandum of Law, filed herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the defendants hereby request that the Court grant a hearing on their Motion to Dismiss. In support of this request, the defendants believe that oral argument will assist the Court in clarifying and evaluating the issues raised in the Motion.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Counsel for the defendants certifies that he has attempted in good faith to resolve or narrow the issues raised in this Motion, but has been unable to do so.

WHEREFORE, defendants respectfully request that the Court:

i. Dismiss the Complaint, in its entirety, with prejudice and without leave to amend;

ii. Enter Judgment for defendants and against plaintiffs; and

iii. Grand such further relief as is just and proper.

Respectfully submitted,

ALLMERICA FINANCIAL CORPORATION, ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY CO., and FREDERICK H. EPPINGER, JR.

By their attorneys,


/s/ Brett R. Budzinski
Andrea J. Robinson (BBO# 556337)
Jonathan A. Shapiro (BBO# 567838)
Eric D. Levin (BBO# 639717)
Brett R. Budzinski (BBO# 655238)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
 Boston, MA 02109
(617) 526-6000

Dated: November 5, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 5th day of November, 2004 by overnight mail upon the following counsel of record:

William C. Ries, Esq.
Robert L. McTiernan, Esq.
Jonathan S. McAnney, Esq.
Tucker Arensburg, P.C.
1550 One PPG Place
Pittsburgh, PA  15222

Ron Parry, Esq.
Robert R. Sparks, Esq.
Parry Deering Futscher & Sparks, P.S.C.
441 Garrard Street
Covington, Kentucky  41001

/s/ Brett R. Budzinski
Brett R. Budzinski