# Exhibit C

File for:
CRD# 1221620
PHILIP CARL HENRY

Data Current as of: 11/05/2004

# PREVIOUS EMPLOYMENT

This section provides 10 years of an individual's employment history. If the individual is currently registered with NASD, employment history will be displayed for the previous 10 years. If the individual is not currently registered with NASD, employment history will be displayed for the 10 years prior to termination of the registration. The brokerage firm's CRD number, the office of employment address where the individual broker was employed, and the dates of employment will be displayed.

If the individual broker was previously employed with an investment adviser, the investment adviser's name and CRD number will display. However, additional information is not available on investment advisers through NASD BrokerCheck as they are not NASD registered firms.

If the individual broker was previously employed with a brokerage firm registered with any self-regulatory organization other than NASD (e.g., the NYSE), either the brokerage firm's name or "Other Business" will display as the Employing Brokerage Firm. To obtain the brokerage firm's name when "Other Business" displays as the Employing Brokerage Firm, please call the NASD BrokerCheck Call Center Hotline number, 1-800-289-9999.

A Brokerage Firm CRD Number will display for NASD registered brokerage firms the individual broker is currently associated with. A Brokerage Firm CRD Number will not display for NASD registered firms the individual broker was formerly associated with.

In addition, a Brokerage Firm CRD Number will not display for employing firms that are not NASD registered firms. Information on these employing brokerage firms is not available through NASD BrokerCheck.

| | |
|---|---|
| **Employing Brokerage Firm:** | ALLMERICA INVESTMENT MANAGEMENT CO., INC. |
| **Brokerage Firm CRD Number:** | |
| **Office of Employment Address:** | PITTSBURGH, PA |
| **Start Date:** | 09/1993 |
| **End Date:** | 12/2003 |
| **Employing Brokerage Firm:** | ALLMERICA INVESTMENTS, INC. |
| **Brokerage Firm CRD Number:** | |
| **Office of Employment Address:** | PITTSBURGH, PA |

| | |
|---|---|
| **Start Date:** | 11/1983 |
| **End Date:** | 12/2003 |
| | |
| **Employing Brokerage Firm:** | SMA LIFE ASSURANCE |
| **Brokerage Firm CRD Number:** | |
| **Office of Employment Address:** | PSH, PA |
| **Start Date:** | 01/1983 |
| **End Date:** | 12/2003 |
| | |
| **Employing Brokerage Firm:** | E.F. HALDMAN AGENCY |
| **Brokerage Firm CRD Number:** | |
| **Office of Employment Address:** | PITTSBURGH, PA |
| **Start Date:** | 01/1983 |
| **End Date:** | 12/2003 |