IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN D. RIES, JOHN R. MURRAY, PHILIP C. HENRY, and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLMERICA FINANCIAL CORPORATION, ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY COMPANY, and FREDERICK H. EPPINGER, JR.,<br><br>    Defendants. | Civil Action No. 04-CV-40179 |

## NOTICE OF APPEARANCE

Now comes the undersigned, David M. Osborne, and hereby enters his appearance on behalf of Sean D. Ries, John R. Murray, Philip C. Henry, and others similarly situated in the above-entitled matter.

Respectfully submitted,

By:  s/s David M. Osborne
_____

David M. Osborne (BBO #564840)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 371-1000
(617) 371-1037
Attorneys for Plaintiffs
Sean D. Ries, John R. Murray, and Philip C. Henry

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the within Notice of Appearance was served upon counsel for Defendants via hand delivery on the 19th day of November, 2004, at the address set forth below:

Andrea J. Johnson
Jonathan A. Shapiro
Eric D. Levin
Brett R. Budzinski
Wilmer Cutler Pickering Hale and Door, LLP
60 State Street
Boston, MA 02109
(617) 526-6000

_____
David M. Osborne