IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN D. RIES, JOHN R. MURRAY, PHILIP C. HENRY, and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALLMERICA FINANCIAL CORPORATION, ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY COMPANY, and FREDERICK H. EPPINGER, JR., <br><br> Defendants. | Civil Action No. 04-CV-40179 |

**MOTION BY PLAINTIFFS FOR ADMISSION OF COUNSEL *PRO HAC VICE*__**

Pursuant to Local Rule 83.5.3(b), David M. Osborne, a member of the bar of this Court, moves that this Court issue an Order for William Campbell Ries to appear on behalf of Defendants and to practice before this Court in the above-titled action. As stated in the accompanying certificate, Mr. Ries is a member in good standing of the bars of the state of Pennsylvania, the United States District Court for the Western District of Pennsylvania, and the United States District Court for the Western District of Pennsylvania. As further stated in the certificate, there are no disciplinary actions pending against Mr. Ries, and Mr. Ries is familiar with the Local Rules of the United States District Court for the District of Massachusetts. A copy of Mr. Ries' Certificate of Good Standing is attached to this motion.

Plaintiffs do not object to this motion.

WHEREFORE, the undersigned counsel respectfully moves for the admission of Mr. Ries to practice before this Court *pro hac vice*.

Respectfully submitted,

By: /s/ David M. Osborne

David M. Osborne (BBO #564840)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 371-1000
(617) 371-1037
Attorneys for Plaintiffs
Sean D. Ries, John R. Murray, and Philip C. Henry

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the within Motion by Plaintiff for Admission of Counsel Pro Hac Vice was served upon counsel for Defendants via hand delivery on the 29th day of November, 2004, at the address set forth below:

Andrea J. Johnson
Jonathan A. Shapiro
Eric D. Levin
Brett R. Budzinski
Wilmer Cutler Pickering Hale and Door, LLP
60 State Street
Boston, MA 02109
(617) 526-6000


    /s/ David M. Osborne