IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN D. RIES, JOHN R. MURRAY, PHILIP C. HENRY, and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLMERICA FINANCIAL CORPORATION, ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY COMPANY, and FREDERICK H. EPPINGER, JR.,<br><br>Defendants. | Civil Action No. 04-CV-40179 |

## CERTIFICATE OF GOOD STANDING

Pursuant to Local Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, I, William Campbell Ries certify that: (1) I am admitted to the bars of the Courts described in the foregoing motion, those being bars of the state of Pennsylvania, the United States District Court for the Western District of Pennsylvania, and the United States District Court for the Western District of Pennsylvania; (2) I am a member in good standing in every jurisdiction where I have been admitted to practice; (3) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
William Campbell Ries