**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

| | |
|---|---|
| SEAN D. RIES, JOHN R. MURRAY, PHILIP C. HENRY, and others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALLMERICA FINANCIAL CORPORATION, ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY COMPANY, and FREDERICK H. EPPINGER, JR.,<br><br>  Defendants. | Civil Action No. 4:04-cv-40179(FDS) |

**DEFENDANTS' ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO PLAINTIFFS' RENEWED MOTION TO REMAND**

Defendants Allmerica Financial Corporation, Allmerica Financial Life Insurance and Annuity Company, and Frederick H. Eppinger, Jr. (collectively "defendants") respectfully move for an extension of time from December 3, 2004 to December 10, 2004 to file an opposition to plaintiffs' renewed motion to remand. Plaintiffs have assented to this requested extension. As grounds for this motion, defendants state as follows:

  1.   Defendants filed a motion to dismiss the above-captioned action on November 5, 2004. Plaintiffs filed an opposition to the motion and a renewed motion to remand on November 19, 2004.

  2.   Defendants' opposition to the renewed motion to remand is currently due on December 3, 2004.

- 1 -

3.      Due to the Thanksgiving Holiday, defendants seek a short extension of time to December 10, 2004 to file an opposition to accommodate their professional and personal schedules.

4.      Plaintiffs have assented to the requested extension of time.

WHEREFORE, the defendants respectfully request that the Court extend the deadline for filing an opposition to plaintiffs' renewed motion to remand to December 10, 2004.

Respectfully Submitted,

ALLMERICA FINANCIAL CORPORATION, ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY CO., and FREDERICK H. EPPINGER, JR.

By their attorneys,

/s/ Brett R. Budzinski
Andrea J. Robinson (BBO# 556337)
Jonathan A. Shapiro (BBO# 567838)
Eric D. Levin (BBO# 639717)
Brett R. Budzinski (BBO# 655238)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: December 1, 2004

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 1st day of December, 2004 on the following counsel of record:

<u>By Fax</u>

David M. Osborne, Esq.
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210

<u>By Overnight Mail</u>

William C. Ries, Esq.
Jonathan S. McAnney, Esq.
Tucker Arensburg, P.C.
1550 One PPG Place
Pittsburgh, PA  15222

/s/ Brett R. Budzinski
Brett R. Budzinski

US1DOCS 4826161v1