IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN D. RIES, JOHN R. MURRAY, PHILIP C. HENRY, and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLMERICA FINANCIAL CORPORATION, ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY COMPANY, and FREDERICK H. EPPINGER, JR.,<br><br>Defendants. | Civil Action No. 04-CV-40179 |

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFFS' RENEWED MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION

NOW COME, Plaintiffs, Sean D. Ries, John R. Murray, Philip C. Henry, and others similarly situated, by and through their undersigned counsel, and files this Request for Oral Argument on Defendants' Motion to Dismiss and Plaintiffs' Renewed Motion to Remand For Lack of Subject Matter Jurisdiction.

The Plaintiffs request Oral Argument on the Defendants' Motion to Dismiss and Plaintiffs' Renewed Motion to Remand For Lack of Subject Matter Jurisdiction.

Respectfully submitted,

TUCKER ARENSBERG, P.C.

By: _____
Joseph Haviland, Esquire
William C. Ries, Esquire
Robert L. McTiernan, Esquire
Jonathan S. McAnney, Esquire
Ron R. Parry, Esquire
Robert R. Sparks, Esquire

Attorneys for Plaintiffs
Sean D. Ries, John R. Murray, and
Philip C. Henry

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Request for Oral Argument on Defendants' Motion to Dismiss and Plaintiffs' Renewed Motion to Remand For Lack of Subject Matter Jurisdiction was served upon counsel for Defendants via first class mail this 16 day of December, 2004, at the address set forth below:

Robert D. Finkel, Esquire
Nathan H. Schmitt, Esquire
Manion McDonough & Lucas, P.C.
1414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219-2702

Jonathan A. Shapiro, Esquire
Eric D. Levin, Esquire
Brett R. Budzinski, Esquire
Wilmer Cutler Pickering Hale and Door, LLP
60 State Street
Boston, MA 02109

Jonathan S. McAnney, Esquire

LIT:345742-1 020948-117695