UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Sean Ries, John Murray,
Philip Henry, and other
similarly situated,

    Plaintiff(s)

V.

                CIVIL ACTION
                NO. 04-40179-FDS

Allmerica Financial
Corporation, Allmerica
Financial Life Insurance and
Annuity Company, and Frederick
H. Eppinger, Jr.,

    Defendant(s)

**SAYLOR, D.J.**

**ORDER FOR REMAND**

    In accordance with the Court's allowance of plaintiff's Motion to remand issued on 5/6/05 it is hereby ORDERED that the above-entitled action be and hereby is REMANDED to the Court of Common Pleas of Allegheny County, Pennsylvania for further proceedings.

By the Court,

DATED: May 10, 2005

/s/ Martin Castles
Deputy Clerk