IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN D. RIES, JOHN R. MURRAY, PHILIP C. HENRY, and others similarly situated, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>ALLMERICA FINANCIAL CORPORATION, ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY COMPANY, and FREDERICK H. EPPINGER, JR., <br><br>　　　　Defendants. | Civil Action No. 04-CV-40179 |

### PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE RESPONSE TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR COUNSEL FEES PURSUANT TO 28 U.S.C. § 1447

NOW COME, Plaintiffs, Sean D. Ries, John R. Murray, Philip C. Henry, and others similarly situated, by and through their undersigned counsel, and files this Motion for Leave of Court to Respond to Defendants' Memorandum in Opposition to Plaintiffs' Motion For Counsel Fees.

The Plaintiffs seek Leave of Court to file a Response in opposition to the Defendants' Memorandum in Opposition to Plaintiff's Motion for Counsel Fees Pursuant to 28 U.S.C. §1447. Plaintiff's reply accompanies this motion.

### ARGUMENT

Plaintiffs seek leave of Court to File a Response to the Defendants' Memorandum in Opposition to Plaintiff's Motion for Counsel Fees Pursuant to 28 U.S.C.

§1447. The argument asserted by the Defendants that the 14 day filing requirement as set forth in Rule 54 (d) (2) (B) of the Federal Rules of Civil Procedure bars the filing of Plaintiffs' Motion for Counsel Fees lacks merit and is incorrect.

In their response, the Plaintiffs would set forth authority why its Motion for Counsel Fees is timely and appropriate.

        Respectfully submitted,

        SEAN D. RIES, JOHN R. MURRAY, and
        PHILIP C. HENRY
        By their attorneys,

        __/s/ David M. Osborne_____
        David M. Osborne (BBO #564840)
        DWYER & COLLORA, LLP
        600 Atlantic Avenue
        Boston, MA  02210
        (617) 371-1000
        (617) 371-1037

        TUCKER ARENSBERG, P.C.

        William C. Ries, Esquire
        Robert L. McTiernan, Esquire
        Jonathan S. McAnney, Esquire
        Ron R. Parry, Esquire
        Robert R. Sparks, Esquire

Dated:  July 6, 2005

**RULE 7.1 CERTIFICATION**

      I, David M. Osborne, hereby certify pursuant to Local Rule 7.1 that on July 5, 2005 and July 6, 2005 I attempted to contact Brett Budzinski, counsel for the defendants, in an attempt to narrow or resolve the issues raised in this motion, but was unable to reach him.

                                                /s/ David M. Osborne
                                                David M. Osborne